CHICAGO—FIRST DISTRICT—JANUARY, 1918. 347

McMaster-Carr Sup. Co. v. Phoenix Elec. Co., 209 Ill. App. 347.

## McMaster-Carr Supply Company, Appellee, v. Phoenix Electrical Company, Appellant.

### Gen. No. 23,282. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 30, 1918.

### Statement of the Case.

Action by McMaster-Carr Supply Company, plaintiff, against Phoenix Electrical Company, a corporation, defendant, to recover for goods sold and delivered. From a judgment for plaintiff for $94.51, defendant appeals.

L. C. THESEN and ARTHUR CARLSTEN, for appellant.

A. M. SCHWARZ, J. A. JOSEPH and M. E. BURR, for appellee.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

1. EVIDENCE, § 107*—*when telephone conversation is admissible.* In an action against a corporation to recover for goods sold and delivered, evidence of an officer of plaintiff that defendant's president answered a telephone call from witness and said he was defendant's president and, upon being asked for a payment of the account, answered that he could not then pay it but would go over and see witness, which he did, is admissible.

2. EVIDENCE, § 188*—*when statement of officer of debtor admissible as admission of liability for debt.* A statement by the president of a debtor corporation to an officer of the creditor that the debtor was doing a good business but was short of money and would pay one half the account on a certain date and the other

.*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

half at a later date should not be excluded as a hypothetical concession looking to effecting a settlement, but is admissible as an admission of liability, whether the offer contained therein was accepted or rejected.

3. INSTRUCTIONS, § 120*—*when properly refused.* Instructions not applicable to the evidence are properly refused.

## Thomas C. Worden and Fashion Automobile Station, Appellees, v. Dennis J. Nolan and Sydney W. Andersen, Appellants.

### Gen. No. 23,959. (Not to be reported in full.)

Interlocutory appeal from the Superior Court of Cook county; the Hon. MARCUS A. KAVANAGH, Judge, presiding. Heard in the Branch Appellate Court. Affirmed. Opinion filed January 30, 1918.

### Statement of the Case.

Bill by Thomas C. Worden and Fashion Automobile Station, a corporation, complainants, to enjoin Sydney W. Andersen and any corporation controlled by him from employing or using the services of Dennis J. Nolan in certain capacities in a certain area, and to enjoin said Nolan from in any way becoming connected with any garage business in such area. From an interlocutory order granting such injunction, defendants appeal.

MANIERRE & PRATT and DELAVAN B. COLE, for appellants.

NEWMAN, POPPENHUSEN & STERN, for appellees; CHARLES T. FARSON, of counsel.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.